JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA ARROYO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AMERICAS SERVICING COMPANY, and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.: SACV 08-01329 R (JTL)<br>Hon. Manuel L. Real<br>Courtroom 8 – Spring Street<br><br>**JUDGMENT**<br><br>Complaint filed: September 19, 2008 |

　　　The motion of Defendant WELLS FARGO BANK, N.A. dba AMERICA'S SERVICING COMPANY to dismiss Plaintiff Olivia Arroyo's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(e) for failure to state a claim upon which relief can be granted came on regularly for hearing on February 5, 2009 at 10:00 a.m. in Courtroom 10C, the Honorable James V. Selna presiding.  On February 5, 2009, prior to reassignment of the case to Judge Manuel L. Real on February 20, 2009, the Honorable James V. Selna after considering the moving papers and the arguments therein and no opposition having been received, good cause appearing:

　　　**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Wells Fargo's motion to dismiss is granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff's complaint is dismissed with prejudice due to Plaintiff's failure to amend pursuant to The Honorable James V. Selna's February 5, 2009 order.  Plaintiff is to recover nothing from Wells Fargo Bank, N.A. dba America's Servicing Company.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Notice of Pendency of Action (Lis Pendens) recorded on September 22, 2008 in the Official Records of the Orange County Recorder's Office as Instrument Number 2008000443743 is hereby expunged due to the dismissal of this case with prejudice.

DATED:  March 26, 2009

_____
HONORABLE MANUEL L. REAL

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the page of 18 and am not a party to this action. I am employed in the City of Irvine, California. My business address is Severson & Werson, 19100 Von Karman Avenue, Suite 700, Irvine, California 92612.

On the date below I served the within document(s) described as: **(PROPOSED) ORDER ON DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND ON PLAINTIFF'S FAILURE TO FILE AMENDED COMPLAINT** on the interested parties in this action:

☒ by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s) ☐ addressed as follows: ☐ address as stated on the attached mailing list.

| | |
|---|---|
| Mitchell W. Roth, Esq.<br>MW ROTH, PLC<br>13245 Riverside Drive, Suite 320<br>Sherman Oaks CA 91423 | Attorneys for Plaintiff OLIVIA ARROYO |

☒ **BY MAIL** (C.C.P. § 1013(a)) - I deposited such envelope(s) for processing in the mail room in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ **(BY ELECTRONIC SERVICE)** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March ___, 2009, at Irvine, California.

LINDA J. TARWATER

07685/0238/718817.1

Certificate of Service
Case No. SACV 08-01329 R (JTL)